Eric J. Shimanoff (ejs@cll.com)
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY 10036
(212) 790-9200
Attorneys for Plaintiff Morgan Stanley



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

**11 CIV 2718**

Civil Action No.

MORGAN STANLEY,                                    :

                              Plaintiff,           :

          -against-                                :

JOHN DOES 1-10 and XYZ CORPORATIONS 1-            :
10,
                                                   :

                              Defendants.          :
-------------------------------------------------------------- x

**COMPLAINT**

RECEIVED
APR 21 2011
U.S.D.C. S.D.N.Y.
CASHIERS

Plaintiff Morgan Stanley ("Plaintiff" or "Morgan Stanley"), by and through its

undersigned counsel, as and for its Complaint against Defendants John Does 1-10 and XYZ

Corporations 1-10 (collectively, "Defendants"), alleges as follows:

## NATURE OF THE ACTION

1.      This is an action for trademark infringement, trademark counterfeiting, false

designation of origin, trademark dilution, anti-cybersquatting and unfair competition arising out

of Defendants' willful and unlawful use of Plaintiff's MORGAN STANLEY marks on various

websites in an attempt to impersonate Morgan Stanley and defraud consumers.

## THE PARTIES

2.      Plaintiff Morgan Stanley is a Delaware corporation with a place of business at

1585 Broadway, New York, New York, 10036.

3.      Upon information and belief, Defendants John Does 1-10 are individuals who

reside or do or transact business in this District, and have engaged and participated in, directly or contributorily, the unlawful acts set forth herein. The true identities of Defendants John Does 1-10 are not presently known to Plaintiff. Plaintiff will amend its complaint upon discovery of the identities of such Defendants.

4.      Upon information and belief, Defendants XYZ Corporations 1-10 are businesses that reside or do or transact business in this District, and have engaged and participated in, directly or contributorily, the unlawful acts set forth herein. The true identities of Defendants XYZ Corporations 1-10 are not presently known to Plaintiff. Plaintiff will amend its complaint upon discovery of the identities of such Defendants.

5.      Upon information and belief, Defendants, while engaging and participating in the unlawful acts set forth herein, were agents and collaborators of one another.

## JURISDICTION AND VENUE

6.      The Court has subject matter jurisdiction over the federal trademark claims arising under the Lanham Trademark Act of 1946, as amended, 15 U.S.C. §1051 et seq., pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338. The Court has supplemental jurisdiction over the related state law claims pursuant to 28 U.S.C. § 1367.

7.      Venue is proper in this judicial district under 28 U.S.C. § 1391(b).

## FACTS

### The MORGAN STANLEY Marks

8.      Plaintiff Morgan Stanley offers a full range of financial, investment and wealth management services to a broad range of clients through a unique combination of institutional and retail capabilities. With over 600 offices in 37 countries, including in the United States, Morgan Stanley offers truly global access to financial markets and advice. For the fiscal year

-2-

ending December 31, 2010 alone, Morgan Stanley reported net revenues of approximately $31.6 billion.

9.      Morgan Stanley is the owner of the mark MORGAN STANLEY and other marks containing or comprised of the MORGAN STANLEY mark (collectively, the "MORGAN STANLEY marks"), which represent some of the most famous marks in the financial world.

10.     The MORGAN STANLEY marks have been used in connection with a wide variety of goods and services, including: investment banking services; financial services in the nature of underwriting, distribution, and trading of securities; financial services in the nature of merger, acquisition, restructuring, and other corporate finance activities; stock brokerage and research services; investment management and advice; and financial services in the nature of trading futures, options, foreign exchange, and commodities.

11.     Morgan Stanley and its predecessors-in-interest have used the MORGAN STANLEY mark since at least as early as 1935, and the MORGAN STANLEY marks remain in use in the United States and worldwide.

12.     Morgan Stanley has extensively advertised and promoted its goods and services under the MORGAN STANLEY marks for many years through various media. The MORGAN STANLEY marks have also been the subject of widespread unsolicited media coverage across the United States and internationally.

13.     As a result of the long and continuous use of the MORGAN STANLEY marks, and Morgan Stanley's substantial investment of time, money and effort in advertising and promoting such marks, the MORGAN STANLEY marks have developed substantial public recognition among members of the consuming public and indeed have become famous.

14.     As such, the MORGAN STANLEY marks operate as unique source identifiers

-3-

associated with Morgan Stanley and possess significant goodwill of great value to Plaintiff.

15.     Morgan Stanley owns numerous United States trademark registrations for the

MORGAN STANLEY marks for a wide variety of goods and services, including:

| Mark | Reg. No./<br>Reg. Date | Class/Goods/Services |
|---|---|---|
| MORGAN STANLEY | 1707196<br><br>August 11, 1992 | 36: INVESTMENT BANKING SERVICES; FINANCIAL SERVICES IN THE NATURE OF UNDERWRITING; DISTRIBUTION, AND TRADING OF SECURITIES; FINANCIAL SERVICES IN THE NATURE OF MERGER, ACQUISITION, RESTRUCTURING, AND OTHER CORPORATE FINANCE ACTIVITIES; STOCK BROKERAGE AND RESEARCH SERVICES; INVESTMENT MANAGEMENT AND ADVICE AND FINANCIAL SERVICES IN THE NATURE OF TRADING FUTURES, OPTIONS, FOREIGN EXCHANGE AND COMMODITIES |
| MORGAN STANLEY & CO. INCORPORATED | 1703693<br><br>July 28, 1992 | 36: INVESTMENT BANKING SERVICES; FINANCIAL SERVICES IN THE NATURE OF UNDERWRITING, DISTRIBUTION, AND TRADING OF SECURITIES; FINANCIAL SERVICES IN THE NATURE OF MERGER, ACQUISITION, RESTRUCTURING, AND OTHER CORPORATE FINANCE ACTIVITIES; STOCK BROKERAGE AND RESEARCH SERVICES; INVESTMENT MANAGEMENT AND ADVICE; AND FINANCIAL SERVICES IN THE NATURE OF TRADING FUTURES, OPTIONS, FOREIGN EXCHANGE, AND COMMODITIES |
| MORGAN STANLEY ACCESS | 2872848<br><br>August 10, 2004 | 36: FINANCIAL INVESTMENT IN THE FIELD OF SECURITIES; FINANCIAL CONSULTING AND ANALYSIS |
| Morgan Stanley | 2729993<br><br>June 24, 2003 | 9: COMPUTER SOFTWARE FOR USE IN INVESTMENT BANKING, INVESTMENT MANAGEMENT, INVESTMENT RESEARCH AND ANALYSIS, INVESTMENT ADVICE, FINANCIAL INFORMATION SERVICES, FINANCIAL PROJECTIONS, COMPILATION OF MARKET INDICES, PAYMENT SYSTEMS, ACCOUNTING SYSTEMS, ON-LINE BANKING, FINANCIAL PLANNING, AND THE TRADING OF SECURITIES, CURRENCIES, OPTIONS, FOREIGN EXCHANGE, FUTURES, FUNDS AND COMMODITIES<br><br>16: INVESTMENT RESEARCH REPORTS; MAGAZINES AND NEWSLETTERS CONTAINING FINANCIAL AND BUSINESS INFORMATION; SECURITIES OFFERING DOCUMENTS, NAMELY, |

-4-

| Mark | Reg. No./ Reg. Date | Class/Goods/Services |
|---|---|---|
| | | PROSPECTUSES; PRINTED MARKET INDICES; PRINTED TRAINING MATERIALS IN THE FIELD OF FINANCIAL SERVICES; PRINTED DOCUMENTATION FOR COMPUTER SOFTWARE IN THE FIELD OF FINANCIAL SERVICES; FINANCIAL REPORTS RELATING TO MERGER, ACQUISITION, RESTRUCTURING, AND OTHER CORPORATE FINANCE ACTIVITIES<br><br>36: FINANCIAL SERVICES IN THE NATURE OF UNDERWRITING, DISTRIBUTION AND TRADING OF SECURITIES FOR OTHERS; SECURITIES BROKERAGE SERVICES; INVESTMENT RESEARCH SERVICES; INVESTMENT MANAGEMENT AND ADVICE; FINANCIAL SERVICES IN THE NATURE OF TRADING FUTURES, CURRENCIES, OPTIONS, FOREIGN EXCHANGE, AND COMMODITIES FOR OTHERS; FINANCIAL CLEARING HOUSE; ESTATE PLANNING SERVICES; TRUSTEE SERVICES; ADMINISTRATION OF EMPLOYEE PENSION PLANS; MUTUAL FUND BROKERAGE, DISTRIBUTION AND INVESTMENT; DERIVATIVE SECURITIES INVESTMENT; RISK MANAGEMENT SERVICES; FINANCIAL PLANNING SERVICES; BANKING SERVICES; DEBIT CARD SERVICES; PROVIDING FINANCIAL NEWS AND INFORMATION VIA A GLOBAL COMMUNICATIONS NETWORK; PROVIDING FINANCIAL SERVICES VIA A GLOBAL COMMUNICATIONS NETWORK; FINANCIAL SERVICES IN THE NATURE OF MERGER, ACQUISITION, RESTRUCTURING; INVESTMENT BANKING SERVICES |
| Morgan Stanley<br><br>[lined for gray and blue] | 2995473<br><br>Sept. 13, 2005 | 35: FINANCIAL SERVICES IN THE NATURE OF MERGER, ACQUISITION, RESTRUCTURING, AND OTHER CORPORATE FINANCE ACTIVITIES; TAX ADVISORY SERVICES; FINANCIAL ACCOUNTING SERVICES<br><br>36: INVESTMENT BANKING SERVICES; FINANCIAL SERVICES IN THE NATURE OF UNDERWRITING, DISTRIBUTION AND TRADING OF SECURITIES FOR OTHERS; SECURITIES BROKERAGE SERVICES; INVESTMENT RESEARCH SERVICES; INVESTMENT MANAGEMENT AND ADVICE; FINANCIAL SERVICES IN THE NATURE OF TRADING FUTURES, CURRENCIES, OPTIONS, FOREIGN EXCHANGE, AND COMMODITIES FOR OTHERS; FINANCIAL CLEARING HOUSE; ESTATE PLANNING SERVICES; TRUSTEE SERVICES; ADMINISTRATION OF EMPLOYEE PENSION PLANS; MUTUAL FUND BROKERAGE, DISTRIBUTION AND INVESTMENT; DERIVATIVE SECURITIES INVESTMENT; RISK MANAGEMENT SERVICES; INSURANCE BROKERAGE; |

| Mark | Reg. No./ Reg. Date | Class/Goods/Services |
|---|---|---|
| | | INSURANCE ADMINISTRATION IN THE FIELDS OF HOME, VEHICLE, LIFE, ACCIDENT, AND PERSONAL LIABILITY INSURANCE; FINANCIAL PLANNING SERVICES; BANKING SERVICES; CREDIT CARD SERVICES; DEBIT CARD SERVICES; CHECK CARD SERVICES; ADMINISTRATION OF CREDIT CARD INSURANCE, DEBIT CARD INSURANCE, AND CHECK CARD INSURANCE; PROVIDING FINANCIAL NEWS AND INFORMATION VIA A GLOBAL COMMUNICATIONS NETWORK; PROVIDING FINANCIAL SERVICES VIA A GLOBAL COMMUNICATIONS NETWORK |
| MORGAN STANLEY ASSET SCAN | 2755536 <br><br> August 26, 2003 | 36: FINANCIAL SERVICES, NAMELY, PORTFOLIO REVIEW AND ANALYSIS |
| MORGAN STANLEY CHOICE SELECT | 3796084 <br><br> June 1, 2010 | 36: FINANCIAL SERVICES, NAMELY, FINANCIAL INVESTMENT IN THE FIELD OF SECURITIES AND FINANCIAL CONSULTING AND ANALYSIS, BUT NOT INCLUDING CREDIT CARD OR DEBIT CARD SERVICES |
| MORGAN STANLEY CLIENT LINK | 2759476 <br><br> Sept. 2, 2003 | 36: FINANCIAL SERVICES IN THE NATURE OF PROVIDING ONLINE ACCESS TO FINANCIAL INFORMATION |
| MORGAN STANLEY CLIENTONE | 3096321 <br><br> May 23, 2006 | 36: FINANCIAL SERVICES, NAMELY, STOCK BROKERAGE SERVICES, INVESTMENT PORTFOLIO REVIEW AND ANALYSIS, AND INVESTMENT RESEARCH AND ADVISORY SERVICES |
| Morgan Stanley clientOne | 2968441 <br><br> July 12, 2005 | 36: FINANCIAL SERVICES, NAMELY, STOCK BROKERAGE SERVICES, INVESTMENT PORTFOLIO REVIEW AND ANALYSIS, AND INVESTMENT RESEARCH AND ADVISORY SERVICES |
| MORGAN STANLEY COMET | 2786912 <br><br> Nov. 25, 2003 | 36: FINANCIAL SERVICES IN THE NATURE OF PROVIDING ONLINE ACCESS TO FINANCIAL INFORMATION |
| MORGAN STANLEY FUND SOLUTION | 2838113 | 36: FINANCIAL SERVICES, NAMELY, ASSET ALLOCATION FOR MUTUAL FUNDS; FINANCIAL |

| Mark | Reg. No./ Reg. Date | Class/Goods/Services |
|------|---------------------|----------------------|
|  | May 04, 2004 | CONSULTING AND ANALYSIS |
| MORGAN STANLEY PERSONAL PORTFOLIO | 2830580<br><br>April 06, 2004 | 36: FINANCIAL SERVICES, NAMELY, PROVIDING INVESTMENT CONSULTING AND INVESTMENT MANAGEMENT SERVICES FOR OTHERS |
| MORGAN STANLEY REALTY | 1712183<br><br>Sept. 1, 1992 | 36: INVESTMENT BANKING SERVICES; AND FINANCIAL SERVICES IN THE NATURE OF ARRANGING REAL ESTATE SALES AND FINANCING FOR CORPORATION, INSTITUTIONAL INVESTORS AND DEVELOPERS |

All of these registrations are valid, subsisting and in full force and effect, and Registration Nos. 1707196, 1703693, 2872848, 2729993, 2755536, 2759476, 2786912, 2838113, 2830580 and 1712183 are incontestable. Copies of the registration certificates for these marks are attached hereto as **Exhibit A**.

### Defendants' Unlawful Use of the MORGAN STANLEY Marks

16.     Upon information and belief, Defendants are the creators, owners and operators of various websites (the "Infringing Websites") that have displayed and used the mark MORGAN STANLEY, and other marks identical to, substantially indistinguishable from, and confusingly similar to the MORGAN STANLEY marks (collectively, the "Defendants' Infringing Marks"), in connection with the purported offering of financial services identical to services offered by Morgan Stanley, including without limitation the offering of goods and services related to active extension ("AE") funds. Copies of printouts from the Infringing Websites are attached hereto as **Exhibit B**.

17.     An excerpt from the home page of one of the Infringing Websites appears below:



© 2010 Morgan Stanley. All rights reserved.

18.     The Infringing Websites, in addition to using the Defendants' Infringing Marks,
also have reproduced without authorization content from Morgan Stanley's legitimate websites,
including graphics, text about Morgan Stanley, its operations and services and a map of Morgan
Stanley's global offices.

19.     Some of the Infringing Websites contained hyperlinks to websites of third parties
who offered services that compete with Morgan Stanley's services.  Upon information and
belief, Defendants received a financial benefit in the form of click-through fees from these
competitors of Morgan Stanley.

20.     The Infringing Websites have been associated with at least the following domain names: NIUGNEP.COM, MS-AE-FUND.COM, MORGANSTANLEYAE.US, MORGANSTANLEYAE.COM and MORGANSTANLEY-AE.COM, which have been registered and used by Defendants in connection with the unlawful activities described herein. Upon information and belief, Defendants provided the registrars of these domain names with false WhoIs information to intentionally mask their true identities.

21.     As a result of various domain name dispute proceedings before the National Arbitration Forum ("NAF"), Morgan Stanley has successfully transferred the MORGANSTANLEYAE.US, MORGANSTANLEYAE.COM, MORGANSTANLEY-AE.COM and MS-AE-FUND.COM domain names to itself and removed infringing content from the websites to which these domain names resolved.

22.     Upon information and belief, Defendants created and used the Infringing Websites and the Defendants' Infringing Marks in an effort to impersonate and trade on the valuable goodwill and reputation of Morgan Stanley.

23.     Upon information and belief, Defendants created and used the Infringing Websites and the Defendants' Infringing Marks in an effort to mislead consumers into believing that Defendants were in fact Morgan Stanley or that Defendants and their purported services were associated with, affiliated with or endorsed by Morgan Stanley.

24.     Upon information and belief, Defendants created and used the Infringing Websites and the Defendants' Infringing Marks in an effort to unlawfully "phish" for sensitive and private information from consumers, such as usernames, passwords, account numbers and credit card details.

25.     Plaintiff has never licensed or assigned the MORGAN STANLEY marks to the

-9-

Defendants. Nor has Plaintiff given permission to Defendants to use the Defendants' Infringing Marks.

26.    Upon information and belief, Defendants were well aware of Morgan Stanley and its use of the MORGAN STANLEY marks at the time Defendants unlawfully created and used the Infringing Websites and the Defendants' Infringing Marks.

27.    Defendants' use of the Infringing Websites and the Defendants' Infringing Marks is likely to cause, and upon information and belief has caused, confusion as to the source and origin of Defendants' purported services.

28.    Defendants' use of the Infringing Websites and the Defendants' Infringing Marks is likely to deceive, and upon information and belief has deceived, the public by misleading consumers into believing that Defendants' purported services emanate from, are approved, authorized, endorsed or sponsored by, or are in some way associated or connected with Morgan Stanley.

29.    Upon information and belief, by virtue of their unlawful conduct, Defendants have made or will make substantial profits and gains to which they are not in law or equity entitled.

30.    Upon information and belief, Defendants' unlawful actions have been undertaken knowingly and willfully and with blatant disregard of Plaintiff's valuable trademark rights.

31.    As a result of Defendants' unlawful actions, Plaintiff has been or will be damaged and has suffered, and will continue to suffer, immediate and irreparable injury for which it has no adequate remedy at law.

## COUNT I
### (Infringement of Registered Mark, Lanham Act §32(1)

32.    Plaintiff repeats and realleges the allegations set forth in paragraphs 1-31 above

with the same force and effect as if set forth fully herein.

33.     Defendants' conduct as described above constitutes infringement of Plaintiff's federally registered MORGAN STANLEY marks in violation of Section 32(1) of the Lanham Act, 15 U.S.C. §1114(1).

## COUNT II
### (Counterfeiting of Registered Mark, Lanham Act §32(1)

34.     Plaintiff repeats and realleges the allegations set forth in paragraphs 1-31 above with the same force and effect as if set forth fully herein.

35.     Defendants' conduct as described above constitutes counterfeiting of Plaintiff's federally registered MORGAN STANLEY marks in violation of Section 32(1) of the Lanham Act, 15 U.S.C. §1114(1).

## COUNT III
### (False Designation of Origin, Lanham Act, §43(a))

36.     Plaintiff repeats and realleges the allegations set forth in paragraphs 1-31 above with the same force and effect as if set forth fully herein.

37.     Defendants' conduct as described above constitutes the use in commerce of false designations of origin, and false or misleading descriptions of fact or false and misleading representations of fact in violation of Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a).

## COUNT IV
### (Federal Dilution, Lanham Act §43(c))

38.     Plaintiff repeats and realleges the allegations set forth in paragraphs 1-31 above with the same force and effect as if set forth fully herein.

39.     The MORGAN STANLEY marks are famous and distinctive and enjoyed such fame and distinctiveness since long prior to Defendants' use of the Defendants' Infringing Marks.

-11-

24430/043/1220635.1

40.     Defendants' conduct as described above is likely to cause dilution of the distinctive quality of the famous and distinctive MORGAN STANLEY marks, in violation of Section 43(c) of the Lanham Act, 15 U.S.C. §1125(c).

41.     Defendants' conduct as described above also is likely to cause dilution by tarnishment by harming the reputation of the famous and distinctive MORGAN STANLEY marks, in violation of Section 43(c) of the Lanham Act, 15 U.S.C. §1125(c).

## COUNT V
### (Cybersquatting, Lanham Act, §43(d))

42.     Plaintiff repeats and realleges the allegations set forth in paragraphs 1-31 above with the same force and effect as if set forth fully herein.

43.     Defendants have registered, trafficked in and used the domain names MS-AE-FUND.COM, MORGANSTANLEYAE.US, MORGANSTANLEYAE.COM and MORGANSTANLEY-AE.COM, which are identical to or confusingly similar to Plaintiff's MORGAN STANLEY marks.

44.     Plaintiff's MORGAN STANLEY marks were distinctive at the time Defendants registered these domain names.

45.     As described herein, Defendants' acts were committed with a bad faith intent to profit from Plaintiff's MORGAN STANLEY marks.

46.     Defendants' conduct as described above constitutes cybersquatting in violation of Section 43(d) of the Lanham Act, 15 U.S.C. §1125(d).

## COUNT VI
### (Unfair Competition)

47.     Plaintiff repeats and realleges the allegations set forth in paragraphs 1-31 above with the same force and effect as if set forth fully herein.

48.     Defendants' conduct as described above constitutes unfair competition under the common law of the State of New York.

## COUNT VII
### (State Dilution, New York General Business, §360-l)

49.     Plaintiff repeats and realleges the allegations set forth in paragraphs 1-31 above with the same force and effect as if set forth fully herein.

50.     The MORGAN STANLEY marks are famous and distinctive and enjoyed such fame and distinctiveness since long prior to Defendants' use of the Defendants' Infringing Marks.

51.     Defendants' conduct as described above causes a likelihood of injury to Plaintiff's business reputation and dilution of the distinctive quality of the MORGAN STANLEY marks in violation of New York General Business Law § 360-l.

WHEREFORE, Plaintiff respectfully request that this Court enter judgment in its favor and against Defendants as follows:

A.     Ordering that Defendants and their agents, servants, representatives, employees, successors and assigns, and all those persons or entities in active concert or participation with any of them who receive actual notice of the injunctive order, be enjoined, preliminarily and permanently, from using the Defendants' Infringing Marks, any marks containing or comprising the MORGAN STANLEY marks, and any other marks confusingly similar to the MORGAN STANLEY marks.

B.     Ordering that the Defendants' Infringing Marks, any marks containing or comprised of the MORGAN STANLEY marks, and any other marks confusingly similar to the MORGAN STANLEY marks be completely and permanently removed from the Infringing Websites.

-13-

24430/043/1220635.1

C.   Ordering that Defendants be directed to file with the Court and serve upon Plaintiff, within 30 days after entry of final judgment, a report in writing and under oath setting forth in detail the manner and form in which Defendants have complied with the provisions set forth in Paragraphs A through B above.

D.   Ordering Defendants to account to Plaintiff for all gains, profits and advantages derived from Defendants' wrongful acts, together with interest therein.

E.   Ordering Defendants pay to Plaintiff any damages sustained by Plaintiff by reason of Defendants' wrongful acts in an amount to be determined at trial, together with interest therein.

F.   Ordering that as exemplary damages Plaintiff recover from Defendants three times the amount of Defendants' profits or Plaintiff's damages, whichever is greater, for willful infringement, counterfeiting and dilution.

G.   Ordering Defendants to pay punitive damages in an amount to be determined at trial as a result of their willful conduct.

H.   Ordering Defendants to pay statutory damages under 15 U.S.C. § 1117(c) to the maximum amount allowable as a result of their willful counterfeiting.

I.   Ordering that Plaintiff recover its reasonable attorneys' fees from Defendants, together with the costs of this action.

J.   Ordering that Plaintiff be granted such other and further relief as the Court deems just and proper.

Dated: New York, New York
     April 21, 2011

Respectfully submitted,

COWAN LIEBOWITZ & LATMAN, P.C.

By: _____
       Eric J. Shimanoff (ejs@cll.com)
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9200
Attorneys for Plaintiff Morgan Stanley

-15-

Int. Cl.: 36

Prior U.S. Cls.: 101 and 102

## United States Patent and Trademark Office

Reg. No. 1,707,196
Registered Aug. 11, 1992

## SERVICE MARK
### PRINCIPAL REGISTER

## MORGAN STANLEY

MORGAN STANLEY GROUP INC. (DELA-
WARE CORPORATION)
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

FOR: INVESTMENT BANKING SERVICES;
FINANCIAL SERVICES IN THE NATURE OF
UNDERWRITING, DISTRIBUTION, AND
TRADING OF SECURITIES; FINANCIAL
SERVICES IN THE NATURE OF MERGER, AC-
QUISITION, RESTRUCTURING, AND OTHER
CORPORATE FINANCE ACTIVITIES; STOCK
BROKERAGE AND RESEARCH SERVICES; IN-
VESTMENT MANAGEMENT AND ADVICE;

AND FINANCIAL SERVICES IN THE NATURE
OF TRADING FUTURES, OPTIONS, FOREIGN
EXCHANGE, AND COMMODITIES, IN CLASS
36 (U.S. CLS. 101 AND 102).

FIRST USE 9-16-1935; IN COMMERCE
9-16-1935.

THE NAME "MORGAN STANLEY" DOES
NOT IDENTIFY ANY PARTICULAR LIVING
INDIVIDUAL.

SER. NO. 74-178,759, FILED 6-24-1991.

JERRY L. PRICE, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 101 and 102

## United States Patent and Trademark Office

Reg. No. 1,703,693
Registered July 28, 1992

## SERVICE MARK
## PRINCIPAL REGISTER

# MORGAN STANLEY & CO. INCORPORATED

MORGAN STANLEY GROUP INC. (DELA-
WARE CORPORATION)
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

FOR: INVESTMENT BANKING SERVICES;
FINANCIAL SERVICES IN THE NATURE OF
UNDERWRITING, DISTRIBUTION, AND
TRADING OF SECURITIES; FINANCIAL
SERVICES IN THE NATURE OF MERGER, AC-
QUISITION, RESTRUCTURING, AND OTHER
CORPORATE FINANCE ACTIVITIES; STOCK
BROKERAGE AND RESEARCH SERVICES; IN-
VESTMENT MANAGEMENT AND ADVICE,
AND FINANCIAL SERVICES IN THE NATURE

OF TRADING FUTURES, OPTIONS, FOREIGN
EXCHANGE, AND COMMODITIES, IN CLASS
36 (U.S. CLS. 101 AND 102).

FIRST USE 12-3-1969; IN COMMERCE
12-3-1969.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "& CO. INCORPORATED",
APART FROM THE MARK AS SHOWN.

"MORGAN STANLEY" DOES NOT IDENTI-
FY A PARTICULAR LIVING INDIVIDUAL.

SER. NO. 74-178,760, FILED 6-24-1991.

JERRY L. PRICE, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

## United States Patent and Trademark Office

Reg. No. 2,872,848
Registered Aug. 10, 2004

### SERVICE MARK
### PRINCIPAL REGISTER

## MORGAN STANLEY ACCESS

MORGAN STANLEY (DELAWARE CORPORA-
TION)
1585 BROADWAY
NEW YORK, NY 10036

FOR: FINANCIAL INVESTMENT IN THE FIELD
OF SECURITIES; FINANCIAL CONSULTING AND
ANALYSIS, IN CLASS 36 (U.S. CLS. 100, 101 AND
102).

FIRST USE 12-0-1986; IN COMMERCE 12-0-1986.

OWNER OF U.S. REG. NOS. 1,703,693, 2,489,827,
AND OTHERS.

SN 78-242,807, FILED 4-28-2003.

DARRYL SPRUILL, EXAMINING ATTORNEY

Int. Cls.: 9, 16, 35, and 36

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 50, 100, 101, and 102

## United States Patent and Trademark Office

Reg. No. 2,729,993
Registered June 24, 2003

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

# Morgan Stanley

MORGAN STANLEY (DELAWARE CORPORA-TION)

1585 BROADWAY

NEW YORK, NY 10036 BY CHANGE OF NAME MORGAN STANLEY DEAN WITTER & CO. (DELAWARE CORPORATION) NEW YORK, NY 10036

FOR: COMPUTER SOFTWARE FOR USE IN IN-VESTMENT BANKING, INVESTMENT MANAGE-MENT, INVESTMENT RESEARCH AND ANALYSIS, INVESTMENT ADVICE, FINANCIAL INFORMATION SERVICES, FINANCIAL PROJEC-TIONS, COMPILATION OF MARKET INDICES, PAYMENT SYSTEMS, ACCOUNTING SYSTEMS, CREDIT CARD SYSTEMS, ON-LINE BANKING, FINANCIAL PLANNING, AND THE TRADING OF SECURITIES, CURRENCIES, OPTIONS, FOREIGN EXCHANGE, FUTURES, FUNDS AND COMMOD-ITIES; CREDIT CARD PROCESSING SYSTEMS, NAMELY, CREDIT CARD TERMINALS, PRINTERS FOR CREDIT CARD TERMINALS, AND PERSO-NAL IDENTIFICATION NUMBER KEYPADS; SMART CARDS FOR STORING FINANCIAL AND PERSONAL INFORMATION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-30-2002; IN COMMERCE 6-30-2002.

FOR: INVESTMENT RESEARCH REPORTS; MA-GAZINES AND NEWSLETTERS CONTAINING FI-NANCIAL AND BUSINESS INFORMATION; SECURITIES OFFERING DOCUMENTS, NAMELY, PROSPECTUSES; PRINTED MARKET INDICES; PRINTED TRAINING MATERIALS IN THE FIELD OF FINANCIAL SERVICES; PRINTED DOCUMEN-TATION FOR COMPUTER SOFTWARE IN THE FIELD OF FINANCIAL SERVICES; FINANCIAL REPORTS RELATING TO MERGER, ACQUISITION, RESTRUCTURING, AND OTHER CORPORATE FI-

NANCE ACTIVITIES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 6-30-2002; IN COMMERCE 6-30-2002.

FOR: TAX ADVISORY SERVICES; FINANCIAL ACCOUNTING SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-30-2002; IN COMMERCE 6-30-2002.

FOR: INVESTMENT BANKING SERVICES; FI-NANCIAL SERVICES IN THE NATURE OF UNDER-WRITING, DISTRIBUTION AND TRADING OF SECURITIES FOR OTHERS; SECURITIES BROKER-AGE SERVICES; INVESTMENT RESEARCH SERVI-CES; INVESTMENT MANAGEMENT AND ADVICE; FINANCIAL SERVICES IN THE NATURE OF TRADING FUTURES, CURRENCIES, OPTIONS, FOREIGN EXCHANGE, AND COMMODITIES FOR OTHERS; FINANCIAL CLEARING HOUSE; ESTATE PLANNING SERVICES; TRUSTEE SERVICES; AD-MINISTRATION OF EMPLOYEE PENSION PLANS; MUTUAL FUND BROKERAGE, DISTRIBUTION AND INVESTMENT; DERIVATIVE SECURITIES INVESTMENT; RISK MANAGEMENT SERVICES; INSURANCE BROKERAGE; INSURANCE ADMIN-ISTRATION IN THE FIELDS OF HOME, VEHICLE, LIFE, ACCIDENT, AND PERSONAL LIABILITY INSURANCE; FINANCIAL PLANNING SERVICES; BANKING SERVICES; CREDIT CARD SERVICES; DEBIT CARD SERVICES; CHECK CARD SERVICES; ADMINISTRATION OF CREDIT CARD INSUR-ANCE, DEBIT CARD INSURANCE, AND CHECK CARD INSURANCE; PROVIDING FINANCIAL NEWS AND INFORMATION VIA A GLOBAL COM-MUNICATIONS NETWORK; PROVIDING FINAN-CIAL SERVICES VIA A GLOBAL COMMUNICATIONS NETWORK, FINANCIAL SERVICES IN THE NATURE OF MERGER, ACQUI-

SITION, AND RESTRUCTURING, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-30-2002; IN COMMERCE 6-30-2002.

THE NAME "MORGAN STANLEY" DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SN 76-219,718, FILED 3-5-2001.

STEVEN R. FINE, EXAMINING ATTORNEY

Int. Cls.: 35 and 36

Prior U.S. Cls.: 100, 101, and 102

## United States Patent and Trademark Office

Reg. No. 2,995,473

Registered Sep. 13, 2005

## SERVICE MARK
## PRINCIPAL REGISTER

# Morgan Stanley

MORGAN STANLEY (DELAWARE CORPORA-
TION)
1585 BROADWAY
NEW YORK, NY 10036

FOR: FINANCIAL SERVICES IN THE NATURE
OF MERGER, ACQUISITION, RESTRUCTURING,
AND OTHER CORPORATE FINANCE ACTIVITIES;
TAX ADVISORY SERVICES; FINANCIAL AC-
COUNTING SERVICES , IN CLASS 35 (U.S. CLS.
100, 101 AND 102).

FIRST USE 4-2-2001; IN COMMERCE 4-2-2001.

FOR: INVESTMENT BANKING SERVICES; FI-
NANCIAL SERVICES IN THE NATURE OF UNDER-
WRITING, DISTRIBUTION AND TRADING OF
SECURITIES FOR OTHERS; SECURITIES BROKER-
AGE SERVICES; INVESTMENT RESEARCH SERVI-
CES; INVESTMENT MANAGEMENT AND ADVICE;
FINANCIAL SERVICES IN THE NATURE OF
TRADING FUTURES, CURRENCIES, OPTIONS,
FOREIGN EXCHANGE, AND COMMODITIES FOR
OTHERS; FINANCIAL CLEARING HOUSE; ESTATE
PLANNING SERVICES; TRUSTEE SERVICES; AD-
MINISTRATION OF EMPLOYEE PENSION PLANS;
MUTUAL FUND BROKERAGE, DISTRIBUTION
AND INVESTMENT; DERIVATIVE SECURITIES
INVESTMENT; RISK MANAGEMENT SERVICES;

INSURANCE BROKERAGE; INSURANCE ADMIN-
ISTRATION IN THE FIELDS OF HOME, VEHICLE,
LIFE, ACCIDENT, AND PERSONAL LIABILITY
INSURANCE; FINANCIAL PLANNING SERVICES;
BANKING SERVICES; CREDIT CARD SERVICES;
DEBIT CARD SERVICES; CHECK CARD SERVICES;
ADMINISTRATION OF CREDIT CARD INSUR-
ANCE, DEBIT CARD INSURANCE, AND CHECK
CARD INSURANCE; PROVIDING FINANCIAL
NEWS AND INFORMATION VIA A GLOBAL COM-
MUNICATIONS NETWORK; PROVIDING FINAN-
CIAL SERVICES VIA A GLOBAL
COMMUNICATIONS NETWORK, IN CLASS 36
(U.S. CLS. 100, 101 AND 102).

FIRST USE 4-2-2001; IN COMMERCE 4-2-2001.

THE DRAWING IS LINED FOR THE FOLLOW-
ING COLORS: "STANLEY" FOR THE COLOR
GRAY, AND THE TRIANGLE LOGO FOR THE
COLOR BLUE.

THE NAME "MORGAN STANLEY" DOES NOT
IDENTIFY A LIVING INDIVIDUAL.

SN 76-219,713, FILED 3-5-2001.

STEVEN R. FINE, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,755,536
Registered Aug. 26, 2003

## SERVICE MARK
### PRINCIPAL REGISTER

## MORGAN STANLEY ASSET SCAN

MORGAN STANLEY (DELAWARE CORPORA-
TION)
1585 BROADWAY
NEW YORK, NY 10036 , BY CHANGE OF NAME
MORGAN STANLEY DEAN WITTER & CO.
(DELAWARE CORPORATION) NEW YORK, NY
10036

FOR: FINANCIAL SERVICES, NAMELY, PORT-
FOLIO REVIEW AND ANALYSIS , IN CLASS 36 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 7-8-2002; IN COMMERCE 7-8-2002.

OWNER OF U.S. REG. NOS. 1,703,693, 2,178,887
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "ASSET SCAN", APART FROM
THE MARK AS SHOWN.

SER. NO. 76-417,542, FILED 6-3-2002.

PAULA MAHONEY, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

### MORGAN STANLEY CHOICE SELECT

**Reg. No. 3,796,084**

**Registered June 1, 2010**

**Int. Cl.: 36**

**SERVICE MARK**

**PRINCIPAL REGISTER**

MORGAN STANLEY (DELAWARE CORPORATION)
1585 BROADWAY
NEW YORK, NY 10036

FOR: FINANCIAL SERVICES, NAMELY, FINANCIAL INVESTMENT IN THE FIELD OF SECURITIES AND FINANCIAL CONSULTING AND ANALYSIS, BUT NOT INCLUDING CREDIT CARD OR DEBIT CARD SERVICES , IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-19-2008; IN COMMERCE 5-19-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,707,196, 2,729,993, AND 2,781,141.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SELECT", APART FROM THE MARK AS SHOWN.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

SN 77-277,916, FILED 9-12-2007.

BRETT J. GOLDEN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

United States Patent and Trademark Office

Reg. No. 2,759,476
Registered Sep. 2, 2003

## SERVICE MARK
### PRINCIPAL REGISTER

## MORGAN STANLEY CLIENT LINK

MORGAN STANLEY (DELAWARE CORPORA-
TION), FORMERLY DEAN WITTER & CO.,
1585 BROADWAY
NEW YORK, NY 10036

FOR: FINANCIAL SERVICES IN THE NATURE
OF PROVIDING ONLINE ACCESS TO FINANCIAL
INFORMATION, IN CLASS 36 (U.S. CLS. 100, 101
AND 102).

FIRST USE 7-1-2001; IN COMMERCE 7-1-2001.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "CLIENT LINK", APART FROM
THE MARK AS SHOWN.

THE NAME, "MORGAN STANLEY", DOES NOT
IDENTIFY A LIVING INDIVIDUAL.

SN 76-152,516, FILED 10-24-2000.

SAMUEL E. SHARPER JR., EXAMINING ATTOR-
NEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

## United States Patent and Trademark Office

Reg. No. 3,096,321

Registered May 23, 2006

## SERVICE MARK
## PRINCIPAL REGISTER

## MORGAN STANLEY CLIENTONE

MORGAN STANLEY (DELAWARE CORPORA-
TION)
1585 BROADWAY
NEW YORK, NY 10036

FOR: FINANCIAL SERVICES, NAMELY, STOCK
BROKERAGE SERVICES, INVESTMENT PORTFO-
LIO REVIEW AND ANALYSIS, AND INVESTMENT
RESEARCH AND ADVISORY SERVICES, IN CLASS
36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-30-2003; IN COMMERCE 9-30-2003.

OWNER OF U.S. REG. NOS. 1,707,196, 2,614,139,
AND OTHERS.

SN 78-259,475, FILED 6-6-2003.

DARRYL SPRUILL, EXAMINING ATTORNEY

Int. Cl: 36

Prior U.S. Cls.: 100, 101, and 102

Reg. No. 2,968,441

## United States Patent and Trademark Office

Registered July 12, 2005

### SERVICE MARK
### PRINCIPAL REGISTER



MORGAN STANLEY (DELAWARE CORPORA-
TION)
1585 BROADWAY
NEW YORK, NY 10036

FOR: FINANCIAL SERVICES, NAMELY, STOCK
BROKERAGE SERVICES, INVESTMENT PORTFO-
LIO REVIEW AND ANALYSIS, AND INVESTMENT
RESEARCH AND ADVISORY SERVICES, IN CLASS
36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-30-2003; IN COMMERCE 9-30-2003.

OWNER OF U.S. REG. NOS. 1,707,196, 2,614,139,
AND OTHERS.

SN 78-259,873, FILED 6-9-2003.

DARRYL SPRUILL, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

Reg. No. 2,786,912

United States Patent and Trademark Office    Registered Nov. 25, 2003

## SERVICE MARK
## PRINCIPAL REGISTER

## MORGAN STANLEY COMET

MORGAN STANLEY (DELAWARE CORPORA-
    TION)
1585 BROADWAY
NEW YORK, NY 10036 BY CHANGE OF NAME
    MORGAN STANLEY DEAN WITTER & CO.
    (DELAWARE CORPORATION) NEW YORK, NY
    10036

FOR: FINANCIAL SERVICES IN THE NATURE
OF PROVIDING ONLINE ACCESS TO FINANCIAL
INFORMATION, IN CLASS 36 (U.S. CLS. 100, 101
AND 102).

FIRST USE 8-21-2001; IN COMMERCE 8-21-2001.

OWNER OF U.S. REG. NO. 2,205,089.

THE NAME, "MORGAN STANLEY", DOES NOT
IDENTIFY A LIVING INDIVIDUAL.

SN 76-152,517, FILED 10-24-2000.

SAMUEL E. SHARPER JR., EXAMINING ATTOR-
NEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,838,113

Registered May 4, 2004

## SERVICE MARK
## PRINCIPAL REGISTER

## MORGAN STANLEY FUND SOLUTION

MORGAN STANLEY (DELAWARE CORPORA-
TION)
1585 BROADWAY
NEW YORK, NY 10036

FOR: FINANCIAL SERVICES, NAMELY, ASSET
ALLOCATION FOR MUTUAL FUNDS; FINANCIAL
CONSULTING AND ANALYSIS, IN CLASS 36 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 7-0-2001; IN COMMERCE 7-0-2001.

OWNER OF U.S. REG. NOS. 1,703,693, 2,451,475
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "FUND", APART FROM THE
MARK AS SHOWN.

THE NAME "MORGAN STANLEY" DOES NOT
IDENTIFY A LIVING INDIVIDUAL.

SER. NO. 76-512,866, FILED 5-8-2003.

DARRYL SPRUILL, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 2,830,580

Registered Apr. 6, 2004

## SERVICE MARK
## PRINCIPAL REGISTER

## MORGAN STANLEY PERSONAL PORTFOLIO

MORGAN STANLEY (DELAWARE CORPORA-
TION)
1585 BROADWAY
NEW YORK, NY 10036

FOR: FINANCIAL SERVICES, NAMELY, PRO-
VIDING INVESTMENT CONSULTING AND IN-
VESTMENT MANAGEMENT SERVICES FOR
OTHERS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-0-2002; IN COMMERCE 9-0-2002.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "PERSONAL PORTFOLIO", APART
FROM THE MARK AS SHOWN.

THE NAME "MORGAN STANLEY" DOES NOT
IDENTIFY A LIVING INDIVIDUAL.

SN 76-404,452, FILED 5-7-2002.

SAMUEL E. SHARPER JR., EXAMINING ATTOR-
NEY

Int. Cl.: 36

Prior U.S. Cls.: 101 and 102

Reg. No. 1,712,183

## United States Patent and Trademark Office
Registered Sep. 1, 1992

### SERVICE MARK
### PRINCIPAL REGISTER

# MORGAN STANLEY REALTY

MORGAN STANLEY GROUP INC. (DELA-
WARE CORPORATION)
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

FOR: INVESTMENT BANKING SERVICES;
AND FINANCIAL SERVICES IN THE NATURE
OF ARRANGING REAL ESTATE SALES AND
FINANCING FOR CORPORATION, INSTITU-
TIONAL INVESTORS AND DEVELOPERS, IN
CLASS 36 (U.S. CLS. 101 AND 102).

FIRST   USE   8-1-1969;   IN   COMMERCE
8-1-1969.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "REALTY", APART FROM
THE MARK AS SHOWN.
THE NAME "MORGAN STANLEY" IN THE
MARK DOES NOT IDENTIFY ANY PARTICU-
LAR LIVING INDIVIDUAL.

SER. NO. 74-178,758, FILED 6-24-1991.

JERRY L. PRICE, EXAMINING ATTORNEY

Exhibit B



# Morgan Stanley AE Funds

HOME | Job | Contact Us

Search

English | China | Japanese | Korea

About Us | Planning Investment | Global Citizen | Our View | Global Offices · MorganStanley AE

## Cherish the friendship and friendly cooperation

If God comes to financing, he has to find Morgan Stanley

Cherish the friendship and friendly cooperation

Long term strategic vision in transition

---

**Service Platform**

- CICC
- MSIB
- MSHF Inc.
- JPM Securities Inc.
- CTFC Inc.

## The Week's News



**Morgan Announces Fourth Quarter Results**

January 20, 2010 - Morgan Stanley (NYSE: MS) today announced that, as of December 31, 2009 fiscal year, continuing operations profit of 1.149 billion U.S. dollars, while last year from continuing operations a loss of 807 million U.S. dollars.

### News

- Morgan Stanley Innovators Series at the Asia Society
- Morgan Stanley Announces First Quarter Results
- Morgan Stanley To Open Office in Poland

**Plan Investment**

- Your investment
- Investment Fund Flow
- Investment Fund Fees

  Service

- Service Overview
- Jobs

© 2010 Morgan Stanley. All rights reserved.

HOME | Job | Contact Us

Search

English | China | Japanese

About Us | Planning Investment | Global Citizen | Our View | Global Offices | MorganStanley AE

Morgan Stanley | Business Profile | Our customers | Global Distribution | Jobs

Home > About Us



Morgan Stanley is a global leader in international financial services company, the business scope covers investment banking, securities, investment management and wealth management. Companies in 37 countries worldwide with more than 1,200 offices and dedicated employees throughout the enterprise, government agencies, utility companies and individual investors.

Plan Investment

Your Investment
Investment Fund Flow
Investment Fund Fees

Service

Service Overview
Jobs

---

### Global Economic Forum

#### Concerning Conditional Commitments
Latest Views

Manoj Pradhan | London

The time-commitment tool has served its purpose in three ways. We believe that it is likely to retain an important role even once central banks start hiking rates. Given its success, we believe that central banks could employ similar strategies should they need to signal a pause in their hiking cycle or sell QE assets in a moderated manner.

---

### Perspectives

#### Global Macro: Reviewing Our Research Process

Henry H. McVey

The ongoing uncertainty in the markets has prompted many investors to re-examine their investment processes. Morgan Stanley Investment Management's Head of Global Macro and Asset Allocation, Henry H. McVey, and his team are no exception. In his latest paper, Henry details how he has come to view his firm team's approach as "data-driven fundamental".

---

### Journal of Applied Corporate Finance

#### Market Efficiency and Risk Management

The efficient markets hypothesis has been identified by some as a major contributor to the financial crisis. This issue of the JACF argues that holding the EMH responsible for the crisis involves a serious misreading of the theory, which does not say that current market prices are always the "right" prices. Nor does EMH imply that past distributions of prices will repeat themselves in the future, as the risk models used by some financial institutions appear to have assumed. Consistent with this "stripped-down" view of the EMH, a number of articles, as well as a roundtable put on by the International Insurance Society, examine the role of risk management after the crisis.

---

### Global Strategy Roundup

#### Global Equity Strategy: Buy Energy, Sell Materials

We upgraded Energy to overweight and downgraded Materials to neutral. We had been tactically cautious on Energy given concerns that earnings risks were underappreciated. But we think sector-specific and macro factors are now more supportive for Energy than for Materials. Oil price fundamentals are improving and should continue to firm heading into 2H10. There is a large differential between spot, the forward curve, and the oil price embedded in earnings expectations.

© 2010 Morgan Stanley. All rights reserved.

HOME | Job | Contact Us

Search

English | China | Japanese

About Us | Planning Investment | Global Citizen | Our View | Global Offices | MorganStanley AE

Morgan Stanley | Business Profile | Our customers | Global Distribution | Jobs



**Service Platform**

CICC
MSIB
MSHF Inc.
JPM Securities Inc.
CIYC Inc.

Home > About Us Our customers

We are mainly engaged in the Asia Pacific investment banking business, including corporate finance, and to help customers through the issuance of equity and / or bonds to raise capital, mergers and acquisitions advisory and real estate financial services; sales and trading of stocks and bonds; securities research; direct investment department; Private Wealth management; and asset management.

**Plan Investment**

Your Investment
Investment Fund Flow
Investment Fund Pees

Service

Service Overview
Jobs

© 2010 Morgan Stanley. All rights reserved.

HOME | Job | Contact Us

Search

English | China | Japanese

About Us | Planning Investment | Global Citizen | Our View | Global Offices | MorganStanley AE

Morgan Stanley | Business Profile | Our customers | Global Distribution | Jobs



**Service Platform**

CICC
MSIB
MSHF Inc.
JFM Securities Inc.
CTPC Inc.

Home > About Us > Our customers

Morgan Stanley and the Greater China region to establish cooperation between a number of customers to help them achieve their financial goals. In a number of clients, the most well-known investment banking division of the course ought to customers, we provide for such restructuring, mergers and acquisitions and international capital markets financing advice. In recent years, a number of successful implementation of the privatization of state-owned enterprises, China's new generation of entrepreneurs to rise, many from mainland China and Taiwan companies to international markets, as well as active cross-border M & A activity. The following are recently, we have assisted the execution of transactions in most major customer name, you can click in order to further understand their relationship with Morgan Stanley:

**China Sinopec**

In October 2000, Morgan Stanley, China Petroleum & Chemical Corporation (Sinopec) 3.5 billion IPO price. Sinopec is China's largest petrochemical company. In the course of fifteen months, Morgan Stanley, in cooperation with Sinopec, the company has reorganized and re-establishment of the balance sheet, and get investment-grade credit ratings. Sinopec IPO issuance in China, ranked third the size of the stock at the same time in Hong Kong, London and New York Stock Exchange. In June 2001, the company Sinopec first time since the IPO as a financial advisor in a large transactions: the 1.1 billion U.S. dollars acquisition of Sinopec Star Petroleum. Morgan Stanley has been working with the company closely.

**Aluminum Corporation of China**

In December 2001, Morgan Stanley 487 million U.S. dollars in the IPO of Al acted as Joint Global Co-coordinator. The deal includes Alcoa strategic placement of 150 million U.S. dollars. Morgan Stanley has been working closely with the aluminum.

**AsiaInfo**

In 2000, Morgan Stanley in the AsiaInfo Technologies (China) Co., Ltd. (AsiaInfo) of the 138 million U.S. dollars in IPO as lead underwriters. Morgan Stanley has been working closely with the AsiaInfo.

**Plan Investment**

Your Investment
Investment Fund View
Investment Fund Fees

Service

Service Overview
Jobs

© 2010 Morgan Stanley. All rights reserved.



About Us | Planning Investment | Global Citizen | Our View | Global Offices | MorganStanley AE

Morgan Stanley | Business Profile | Our customers | Global Distribution | Jobs



**Service Platform**

CICC
MSIB
MSHF Inc.
JPM Securities Inc.
CTFC Inc.

Home > About Us > Global Distribution

As technology advances, the regulatory environment of open and our customers on the global demand for services increasing, the major link between the financial markets have become more closely, Morgan Stanley's financial services has thus become a truly global business . The company's headquarters from New York to London, Frankfurt, Tokyo and Hong Kong, we are the world's major financial centers and offices - Morgan Stanley clients around the world provide a global perspective unique insights and localized professional services. Whether the government, companies, institutional investors, or individuals, and whether the hope that the international market for financing, the demand for foreign exchange management, to find the right corporate restructuring, acquisition or the establishment of joint-venture partnerships, bonds, stocks or commodities trading, and private wealth management, Morgan Stanley can take advantage of talent, ideas and capital advantages to help customers achieve their financial goals. Currently we have over 50000 employees, they come from 120 different countries, speak 90 different languages. They are distributed in 37 countries, 1,200 offices, creating a unique global financial network....

EXPLORE MORGAN STANLEY LOCATIONS



Argentina
Australia
Brazil
Canada
China
France
Germany
Greece
Hong Kong
Hungary
India
Ireland
Israel
Italy

Morgan Stanley's business is expanding around the world, as global markets become ever more tightly linked by technology, by the breaking down of regulatory barriers, and by the increasingly global needs of our clients.

**Plan Investment**

Your Investment
Investment Fund Flow
Investment Fund Fees

Service

Service Overview
Jobs

© 2010 Morgan Stanley. All rights reserved.

About Us | Planning Investment | Global Citizen | Our View | Global Offices | MorganStanley AE

Morgan Stanley | Business Profile | Our customers | Global Distribution | Jobs



**Service Platform**

CICC
MSIB
MSHF Inc.
JPM Securities Inc.
CTFC Inc.

Home > About Us > Jobs

Employee talent and enthusiasm are the key to the success of Morgan Stanley. Here, we share the same set of values, and that is Integrity and excellence. Morgan Stanley to provide you with learning, development and growth of the space --- for your career development to lay a solid foundation. The balance their personal lifestyles, different perspectives and individual needs of the concept is an important part of our corporate culture. For more information about Morgan Stanley's global employment opportunities, please visit our links from the global recruitment website (in English). Asia-Pacific university graduates all job applications are submitted through the site. In China, we have been actively co-operate with the prestigious scholarship program, and cooperation in four universities are Beijing University (PKU), Tsinghua University (TSU), Fudan University (FDU) and Shanghai Jiao Tong University (SJTU). Annually to the student at the university four outstanding students from a certain number of scholarships awarded. In the Asia-Pacific, we have pioneered the industry's first collaboration with renowned universities, aimed at nurturing a local prominent young business talent, "Morgan Stanley's business elite training program." Students by the University and Morgan Stanley selected through a rigorous process. Fortunate to participate in the program "Young-jun only" will receive a scholarship and have the opportunity to-the-job learning or summer internship the way to the company various departments to work so that it can be in the school coming into contact with during the actual working environment. Currently, the program is working with the district the following five well-known universities: The Hong Kong University of Science and Technology (HKUST), located in Taipei's National Taiwan University (NTU), National University of Singapore (NUS), Seoul National University and is located in Sydney, the Australian Graduate School of Management (AGSM). Based on these institutions and the general positive response from students, our next goal is to expand this program to Beijing and Shanghai.

**Plan Investment**

**Your Investment**
Investment Fund Flow
Investment Fund Fees

Service

Service Overview
Jobs

© 2010 Morgan Stanley. All rights reserved.

About Us | Planning Investment | Global Citizen | Our View | Global Offices | MorganStanley AK

To find their own investment | Investment Fund Flow | Investment Fund Fees



# Find your investment

In the investment world, financial management is based on the actual investment in current economic conditions of people, with a limited time one or more types of financial investment instruments, through one or more plans or solutions to achieve their desired economic goals. Money consists of two of the most important factors – goals and time. Therefore, you first need to do is to carefully evaluate their short, medium and long term funding needs and develop a clear, clear, specific investment objectives and goals to reassure the investment process.

**Plan Investment**

Your Investment
Investment Fund Flow
Investment Fund Fees

Service

Service Overview
Jobs

© 2010 Morgan Stanley. All rights reserved.

home-Investment planning

HOME | Job | Contact Us

Search

English | China | Japanese

About Us | Planning Investment | Global Citizen | Our View | Global Offices | MorganStanley AE

To find their own Investment | Investment Fund Flow | Investment Fund Fees



nt Fund Investment ...cess

## Investment Fund Investment Process

### Read yourself: financial situation and risk tolerance

You need to first understand, how much money out of your investment will not unduly burden the daily life, or even negative effects. In your investment period, your quality of life is a momentary loss will not significantly lower, if you are a heavier financial burden, we recommend that you do not select high-risk product. Any investment earnings are associated with risk. Therefore, before investing, you must objectively take their tolerance for risk. If you bring a sense of loss is very offensive, it is recommended that you do not choose too large floating net product revenues could be concerned about the relatively stable, less volatile products.

### Development of objectives: investment objectives and time

With the goals, only strategies, only action can result. When you clarify your financial situation and risk tolerance, please carefully assess your own short, medium and long-term funding needs, clearly outlining their own investment objectives and investment horizon, so specific, digital. The rest is toward this goal, the open bar of your investment journey.

### Select Fund: the right combination of funds and investment

How to choose funds that have been, are, and will also confused many investors problems. Milky Way Galaxy morning weekly rankings? Big fund company, or star fund manager? Around a friend's recommendation? Are hot-selling funds? Are there any other?

Our proposal is: you according to their investment objective, financial situation and risk tolerance, select your actual situation and needs of the most consistent with the fund type, and comprehensive reference of these funds in the near, medium and long term performance, select your investment products, then you need these products according to the ratio of the core component of your portfolio. Not to put eggs in one basket in order to diversify risk, value of assets.

### To open an account: Bank accounts and fund accounts

If you've never owned a fund account, is the first attempt to fund transactions, you need to

1、To open a bank savings account, apply for a savings card or banking cards, your investment funds.

2、To sales outlets around the company's online trading system or fund to open fund account.

### Online Trading: Online Trading System

Morgan Stanley investment to provide for every 24 * 7 online fund trading platform. Online transactions from time and geographical constraints, fast and convenient, safe and reliable, in addition to the new Development Fund for subscription, you can also enjoy online transactions through the discount rate.

© 2010 Morgan Stanley. All rights reserved.

Plan Investment

Your Investment
Investment Fund Flow
Investment Fund Fees

Service

Service Overview
Jobs

About Us | Planning Investment | Global Citizen | Our View | Global Offices | MorganStanley AE

To find their own Investment | Investment Fund Flow | Investment Fund Fees



## Investment fund fees

### The new Development Fund for subscription

First issued in the Fund, the purchase of the Fund, in accordance with the investment amount and the corresponding charge a subscription fee percentage.

### Fund subscription fee

In the purchase fund, in accordance with the subscription amount and the corresponding percentage of the subscription charge a fee. Subscription fee was the amount of back-front fees charged for points. Currently the fund company is only front-end fees. Through our online trading system purchase fund, you can enjoy some preferential subscription fee rates.

### Fund redemption fees

Redemption funds, in accordance with the redemption amount and the corresponding percentage charge a redemption fee. When you hold the fund over a certain period only, you do not need to pay the redemption fee. For details, please see description of each fund's rate.

### Fund switching fee

My company's conversion of funds to provide the following services: Resource Selection Fund and Morgan Stanley Morgan Stanley Monetary Fund could be interchangeable. Conversion rates as defined in the Fund's page.

### Fund management fees

Fund management fees are paid to fund managers and the management of compensation, the amount of net assets in accordance with a certain percentage of the Fund, to extract from the fund assets.

Plan Investment

Your Investment
Investment Fund Flow
Investment Fund Fees

Service

Service Overview
Jobs

© 2010 Morgan Stanley. All rights reserved.

HOME | Job | Contact Us

Search

English | China | Japanese

About Us | Planning Investment | Global Citizen | Our View | Global Offices | MorganStanley AB

Morgan Stanley | Business Profile | Our customers | Global Distribution | Jobs

Home > global citizen



Morgan Stanley is dedicated to making a positive contribution to society through our focus on the environment, our people, responsible business practices, community investment and strengthening the next generation of citizens. Because our firm was founded on the principal of doing first-class business in a first-class way, we take the larger view that the way business is done matters to our clients.

Our global citizenship is a direct reflection of the firm's core values and enhances our ability to provide superior service to our clients, our employees and our communities.

**Supporting Our Global Community**

Morgan Stanley is committed to doing its share as a responsible corporation by improving the quality of life in communities around the world.



**Taking a Strategic Approach**

Morgan Stanley has created the Environment Social Finance & Community Reinvestment Group to raise on environmental, social and community issues more effectively than ever. By integrating our efforts across all three areas, we aim to transform these challenges into new opportunities.



**Empowering Our People**

Our people are Morgan Stanley's foundation, our competitive advantage and our future.



**Preserving Our Legacy**

We operate each day with respect for our firm, our industry and the world in which we conduct business.



Plan Investment

Your Investment
Investment Fund Flow
Investment Fund Prox

Service

Service Overview
Jobs

© 2010 Morgan Stanley. All rights reserved.

HOME | Job | Contact Us

Search

English | China | Japanese

About Us | Planning Investment | Global Citizen | Our View | Global Offices | MorganStanley AK

Morgan Stanley | Business Profile | Our customers | Global Distribution | Jobs

Home > Global Offices



Morgan Stanley's business is expanding around the world, as global markets become ever more tightly linked by technology, by the breaking down of regulatory barriers, and by the increasingly global needs of our clients.

**Plan Investment**

**Your Investment**
**Investment Fund Flow**
**Investment Fund Fees**

Service

**Service Overview**
**Jobs**

© 2010 Morgan Stanley. All rights reserved.

Morgan Stanley AE Plane Home Page                                    Page 1 of 1



# Morgan Stanley AE Funds

HOME | Job | Contact Us

Search

English | China  Japanese  Korea

About Us   Planning Investment | Global Citizen  One View   Global Offices  MorganStanley.AE

## Cherish the friendship and friendly cooperation

If God comes to financing, he has to find Morgan Stanley

Cherish the friendship and friendly cooperation

Long term strategic vision in transition

---

### Service Platform

‣ CICC
‣ MSIB
‣ MSHF Inc.
‣ JPM Securities Inc.
‣ CTFC Inc.

### The Week's News



**Morgan Announces Fourth Quarter Results**

January 20, 2010 - Morgan Stanley (NYSE: MS) today announced that, as of December 31, 2009 fiscal year, continuing operations profit of 1.149 billion U.S. dollars, while last year from continuing operations a loss of 807 million U.S. dollars.

### News

‣ Morgan Stanley Innovators Series at the Asia Society
‣ Morgan Stanley Announces First Quarter Results
‣ Morgan Stanley To Open Office in Poland



### Plan Investment

‣ Your investment
‣ Investment Fund Flow
‣ Investment Fund Fees

### Service

‣ Service Overview
‣ Jobs

® 2010 Morgan Stanley. All rights reserved.

# Morgan Stanley AE Funds

HOME | Job | Contact Us

Search

English | China | Japanese

About Us | Planning Investment | Global Citizen | One View | Global Offices | MorganStanley AE

Morgan Stanley | Business Profile | Our customers | Global Distribution | Jobs

Home > About Us



Morgan Stanley is a global leader in international financial services company, the business scope covers investment banking, securities, investment management and wealth management. Companies in 37 countries worldwide with more than 1,200 offices and dedicated employees throughout the enterprise, government agencies, utility companies and individual investors.

**Plan Investment**

› Your Investment
› Investment Fund Flow
› Investment Fund Fees

**Service**

› Service Overview
› Jobs

---

### Global Economic Forum

**Concerning Conditional Commitments**
Latest Views

Manoj Pradhan | London

The time-commitment tool has served its purpose in three ways. We believe that it is likely to retain an important role given once central banks start hiking rates. Given its success, we believe that central banks could employ similar strategies should they need to signal a pause in their hiking cycle or sell QE assets in a moderated manner.

### Perspectives

**Global Macro: Reviewing Our Research Process**

Henry H. McVey

The ongoing uncertainty in the markets has prompted many investors to re-examine their investment processes. Morgan Stanley Investment Management's Head of Global Macro and Asset Allocation, Henry H. McVey, and his team are no exception. In his latest paper, Henry details how he has come to view his team's approach as "data-driven fundamentalist".

### Journal of Applied Corporate Finance

**Market Efficiency and Risk Management**

The efficient markets hypothesis has been identified by some as a major contributor to the financial crisis. This issue of the JACF argues that holding the EMH responsible for the crisis involves a serious misreading of the theory, which does not say that market prices are always the "right" prices. Nor does EMH imply that past distributions of prices will repeat themselves in the future, as the risk models used by some financial institutions appear to have assumed. Consistent with this "stripped-down" view of the EMH, a number of articles, as well as a roundtable put on by the International Insurance Society, examine the role of risk management after the crisis.

### Global Strategy Roundup

**Global Equity Strategy: Buy Energy, Sell Materials**

We upgraded Energy to overweight and downgraded Materials to neutral. We had been tactically cautious on Energy given concerns that earnings risks were underappreciated. But we think sector-specific and macro factors are now more supportive for Energy than for Materials. Oil price fundamentals are improving and should continue to firm heading into 2H10. There is a large differential between spot, the forward curve, and the oil price embedded in earnings expectations.

---

© 2010 Morgan Stanley. All rights reserved.

Morgan Stanley global citizen

# Morgan Stanley AE Funds

HOME  Job | Contact Us

Search

English | China , Japanese

About Us | Planning Investment | Global Citizen  Our View   Global Offices | MorganStanley AE

Morgan Stanley | Business Profile | Our customers | Global Distribution | Jobs

Home > global citizen



Morgan Stanley is dedicated to making a positive contribution to society through our focus on the environment, our people, responsible business practices, community investment and strengthening the next generation of citizens. Because our firm was founded on the principal of doing first-class business in a first-class way, we take the larger view that the way business is done matters to our clients.

Our global citizenship is a direct reflection of the firm's core values and enhances our ability to provide superior service to our clients, our employees and our communities.

### Supporting Our Global Community

Morgan Stanley is committed to doing its share as a responsible corporation by improving the quality of life in communities around the world.



### Taking a Strategic Approach

Morgan Stanley has created the Environment Social Finance & Community Reinvestment Group to take on environmental, social and community issues more effectively than ever. By integrating our efforts across all three areas, we aim to transform these challenges into new opportunities.



### Empowering Our People

Our people are Morgan Stanley's foundation, our competitive advantage and our future.



### Preserving Our Legacy

We operate each day with respect for our firm, our industry and the world in which we conduct business.



**Plan Investment**

▸ Your Investment
▸ Investment Fund Flow
▸ Investment Fund Fees

**Service**

▸ Service Overview
▸ Jobs

© 2010 Morgan Stanley. All rights reserved.

http://www.morganstanley-ae.com/global_citizen.html

8/17/2010

HOME | Job | Contact Us

Search

English | China | Japanese

About Us | Planning Investment | Global Citizen | Our View | Global Offices | MorganStanley AS

Morgan Stanley | Business Profile | Our customers | Global Distribution | Jobs



**Service Platform**

CICC
MSIB
MSHF Inc.
JPM Securities Inc.
CITIC Inc.

Home > About Us Our customers

We are mainly engaged in the Asia Pacific investment banking business, including corporate finance, and to help customers through the issuance of equity and / or bonds to raise capital, mergers and acquisitions advisory and real estate financial services; sales and trading of stocks and bonds; securities research; direct investment department; Private Wealth management; and asset management.

**Plan Investment**

Your Investment
Investment Fund Flow
Investment Fund Fees

Service

Service Overview
Jobs

© 2010 Morgan Stanley. All rights reserved.

Morgan Stanley AE Plane Our customers                                    Page 1 of 1

About Us | Planning Investment | Global Citizen | Our View | Global Offices | MorganStanley AE

Morgan Stanley | Business Profile | Our customers | Global Distribution | Jobs



**Service Platform**

CICC
MSIID
MSIID Inc.
JPM Securities Inc.
CTPC Inc.

Home > About Us > Our customers

Morgan Stanley and the Greater China region to establish cooperation between a number of customers to help them achieve their financial goals. In a number of clients, the most well-known investment banking division of the course ought to customers, we provide for such restructuring, mergers and acquisitions and international capital markets financing advice. In recent years, a number of successful implementation of the privatisation of state-owned enterprises, China's new generation of entrepreneurs to rise, many from mainland China and Taiwan companies to international markets, as well as active cross-border M & A activity. The following are recently, we have assisted the execution of transactions in most major customer name, you can click in order to further understand their relationship with Morgan Stanley:

China Sinopec

In October 2000, Morgan Stanley, China Petroleum & Chemical Corporation (Sinopec) 3.5 billion IPO price, Sinopec is China's largest petrochemical company. In the course of fifteen months, Morgan Stanley, in cooperation with Sinopec, the company has reorganized and re-establishment of the balance sheet, and get investment-grade credit ratings. Sinopec IPO issuance in China, ranked third the size of the stock at the same time in Hong Kong, London and New York Stock Exchange. In June 2001, the company Sinopec first time since the IPO as a financial advisor in a large transactions: the 1.1 billion U.S. dollars acquisition of Sinopec Star Petroleum. Morgan Stanley has been working with the company closely.

Aluminum Corporation of China

In December 2001, Morgan Stanley 487 million U.S. dollars in the IPO of Al acted as Joint Global Co-coordinator. The deal includes Alcoa strategic placement of 150 million U.S. dollars. Morgan Stanley has been working closely with the aluminum.

AsiaInfo

In 2000, Morgan Stanley in the AsiaInfo Technologies (China) Co., Ltd. (Asiainfo) of the 136 million U.S. dollars in IPO as lead underwriters. Morgan Stanley has been working closely with the AsiaInfo.

**Plan Investment**

Your Investment
Investment Fund Flow
Investment Fund Fees

Service

Service Overview
Jobs

© 2010 Morgan Stanley. All rights reserved.

Morgan Stanley AE Plane Global Distribution

HOME | Job | Contact Us

Search

English | China | Japanese

About Us | Planning Investment | Global Citizen | Our View | Global Offices | MorganStanley AE

Morgan Stanley | Business Profile | Our customers | Global Distribution | Jobs



**Service Platform**

CICC

MSIB

MSHF Inc.

JPM Securities Inc.

CTFC Inc.

**Home > About Us > Global Distribution**

As technology advances, the regulatory environment of open and our customers on the global demand for services increasing, the major link between the financial markets have become more closely, Morgan Stanley's financial services has thus become a truly global business . The company's headquarters from New York to London, Frankfurt, Tokyo and Hong Kong, we are the world's major financial centers and offices - Morgan Stanley clients around the world provide a global perspective unique insights and localized professional services. Whether the government, companies, institutional investors, or individuals, and whether the hope that the international market for financing, the demand for foreign exchange management, to find the right corporate restructuring, acquisition or the establishment of joint-venture partnerships, bonds, stocks or commodities trading, and private wealth management, Morgan Stanley can take advantage of talent, ideas and capital advantages to help customers achieve their financial goals. Currently we have over 60000 employees, they come from 100 different countries, speak 90 different languages. They are distributed in 37 countries, 1,200 offices, creating a unique global financial network....

EXPLORE MORGAN STANLEY LOCATIONS

Aquaku
Austria
Brazil
Canada
China
France
Germany
Greece
Hong Kong
Hungary
Indo
Ireland
Israel
Italy
...

Morgan Stanley's business is expanding around the world, as global markets because ever more tightly linked by technology, by the breaking down of regulatory barriers, and by the increasingly global needs of our clients.

**Plan Investment**

Your Investment

Investment Fund Flow

Investment Fund Fees

Service

Service Overview

Jobs

© 2010 Morgan Stanley. All rights reserved.

Morgan Stanley AE Plane Jobs



# Morgan Stanley AE Funds

HOME | Job | Contact Us

Searc:

English | China | Japanese

About Us | Planning Investment , Global Citizen , Our View , Global Offices , MorganStanley AE

Morgan Stanley's Beijing Profile | Discretionary | Global Distribution | Jobs

### Service Platform

- CICC
- MSIB
- MSHF Inc.
- JPM Securities Inc.
- CTFC Inc.

Home > About Us > Jobs

Employee talent and enthusiasm are the key to the success of Morgan Stanley. Here, we share the same set of values, and that is integrity and excellence. Morgan Stanley to provide you with learning, development and growth of the space --- for your career development to lay a solid foundation. The balance their personal lifestyles, different perspectives and individual needs of the concept is an important part of our corporate culture. For more information about Morgan Stanley's global employment opportunities, please visit our links from the global recruitment website (in English). Asia-Pacific university graduates all job applications are submitted through the site. In China, we have been actively co-operate with the prestigious scholarship program, and cooperation in four universities are Beijing University (PKU), Tsinghua University (TSU), Fudan University (FDU) and Shanghai Jiao Tong University (SJTU). Annually to the student at the university four outstanding students from a certain number of scholarships awarded. In the Asia-Pacific, we have pioneered the industry's first collaboration with renowned universities, aimed at nurturing a local prominent young business talent, "Morgan Stanley's business elite training program." Students by the University and Morgan Stanley selected through a rigorous process. Fortunate to participate in the program "Young-jun only" will receive a scholarship and have the opportunity to-the-job learning or summer internship the way to the company various departments to work so that it can be in the school coming into contact with during the actual working environment. Currently, the program is working with the district the following five well-known universities: The Hong Kong University of Science and Technology (HKUST), located in Taipei's National Taiwan University (NTU), National University of Singapore (NUS), Seoul National University and is located in Sydney, the Australian Graduate School of Management (AGSM). Based on these institutions and the general positive response from students, our next goal is to expand this program to Beijing and Shanghai.

### Plan Investment

- Your Investment
- Investment Fund Flow
- Investment Fund Fees

### Service

- Service Overview
- Jobs

© 2010 Morgan Stanley. All rights reserved.



HOME | Job   Contact Us

# Morgan Stanley AE Funds

Search

English | China   Japanese

About Us | Planning Investment | Global Citizen   Our View | Global Offices   MorganStanley AE

To find their own investment | Investment Fund Flow | Investment Fund Fees

Find your investment

Human life is the cash inflow with cash outflow  the composition of the schedule

## Find your investment

In the investment world, financial management is based on the actual investment in current economic conditions of people, with a limited time one or more types of financial investment instruments, through one or more plans or solutions to achieve their desired economic goals. Money consists of two of the most important factors - goals and time. Therefore, you first need to do is to carefully evaluate their short, medium and long term funding needs and develop a clear, clear, specific investment objectives and goals to measure the investment process.

**Plan Investment**

› Your Investment
› Investment Fund Flow
› Investment Fund Fees

**Service**

› Service Overview
› Jobs

© 2010 Morgan Stanley. All rights reserved.



Morgan Stanley AE Funds

HOME | Job | Contact Us

Search

English China Japanese

About Us | Planning Investment | Global Citizen  One View  Global Offices  MorganStanley AE

## Investment Fund Investment Process

### Read yourself: financial situation and risk tolerance

You need to first understand, how much money out of your investment will not unduly burden the daily life, or even negative effects. In your investment period, your quality of life is a momentary loss will not significantly lower. If you are a heavier financial burden, we recommend that you do not select high-risk product. Any investment earnings are associated with risk. Therefore, before investing, you must objectively take their tolerance for risk. If you bring a sense of loss is very offensive, it is recommended that you do not choose too large floating net product revenue could be concerned about the relatively stable, less volatile products.

### Development of objectives: investment objectives and time

With the goals, only strategies, only action can result. When you clarify your financial situation and risk tolerance, please carefully assess your own short, medium and long-term funding needs, clearly outlining their own investment objectives and investment horizon, so specific, digital. The rest is toward this goal, the open bar of your investment journey.

### Select Fund: the right combination of funds and investment

How to choose funds that have been, are, and will also confused many investors problems. Milky Way Galaxy morning weekly rankings? Big fund company, or star fund manager? Around a friend's recommendation? Are hot-selling fund? Are there any other?

Our proposal is: you according to their investment objectives, financial situation and risk tolerance, select your actual situation and needs of the most consistent with the fund type, and comprehensive reference of these funds in the near, medium and long term performance, select your investment products, then you need these products according to the ratio of the core component of your portfolio. Not to put eggs in one basket in order to diversify risk, value of assets.

### To open an account: Bank accounts and fund accounts

If you've never owned a fund account, is the first attempt to fund transactions, you need to

1、 To open a bank savings account, apply for a savings card or banking cards, your investment funds.

2、 To sales outlets around the company's online trading system or fund to open fund account.

### Online Trading: Online Trading System

Morgan Stanley Investment to provide for every 24 * 7 online fund trading platform. Online transactions from time and geographical constraints, fast and convenient, safe and reliable, in addition to the new Developement Fund for subscription, you can also enjoy online transactions through the discount rate.

Plan Investment

› Your Investment
› Investment Fund Flow
› Investment Fund Focu

Service

› Service Overview
› Jobs

© 2010 Morgan Stanley. All rights reserved.



## Morgan Stanley AE Funds

HOME | Job | Contact Us

Search

English · Onion · Japanese

About Us · Planning Investment · Global Citizen · Our View · Global Offices | MorganStanley AI

To find their own investment. Investment Fund Flow | Investment Fund Fees

**...nt Fund Investmen...cess**

## Investment fund fees

### The new Development Fund for subscription

First issued in the Fund, the purchase of the Fund, in accordance with the investment amount and the corresponding charge a subscription fee percentage.

### Fund subscription fee

In the purchase fund, in accordance with the subscription amount and the corresponding percentage of the subscription charge a fee. Subscription fee was the amount of back-front fees charged for points. Currently the fund company is only front-end fees. Through our online trading system purchase fund, you can enjoy some preferential subscription fee rates.

### Fund redemption fees

Redemption funds, in accordance with the redemption amount and the corresponding percentage charge a redemption fee. When you hold the fund over a certain period only, you do not need to pay the redemption fee. For details, please see description of each fund's rate.

### Fund switching fee

My company's conversion of funds to provide the following services: Resource Selection Fund and Morgan Stanley Morgan Stanley Monetary Fund could be interchangeable. Conversion rates as defined in the Fund's page.

### Fund management fees

Fund management fees are paid to fund managers and the management of compensation, the amount of net assets in accordance with a certain percentage of the Fund, to extract from the fund assets.

**Plan Investment**

› Your Investment
› Investment Fund Flow
› Investment Fund Fees

**Service**

› Service Overview
› Jobs

© 2010 Morgan Stanley. All rights reserved.

# Morgan Stanley AE Funds

HOME | Job | Contact Us

Search

English | China | Japanese

About Us | Planning Investment | Global Citizen | Our View   Global Offices   MorganStanley AE

Morgan Stanley | Business Profile | Our customers | Global Distribution | Jobs

Home > Global Offices



**EXPLORE MORGAN STANLEY LOCATIONS**

Argentina
Australia
Brazil
Canada
China
France
Germany
Greece
Hong Kong
Hungary
India
Ireland
Israel
Italy
Japan

**Plan Investment**

› Your Investment
› Investment Fund Flow
› Investment Fund Fees

**Service**

› Service Overview
› Jobs

Morgan Stanley's business is expanding around the world, as global markets become ever more tightly linked by technology, by the breaking down of regulatory barriers, and by the increasingly global needs of our clients.

© 2010 Morgan Stanley. All rights reserved.



**MS AE FUNDS**



You are　Home

## Morgan Stanley to join us in cutting-edge investment funds, regardless of whether you have investment experience, we are willing to help you

**Trading Platform**

Fund account

Registration Fund

Account

Injection of funds

accounts

Open account

Fill out account

information

Fund transactions

Select Fund

Trading Buy

Check fund

transactions

**Account Login**

account

password

Forget Password?

### AE Fund Scheme

Compound interest calculation is the principal and accrued interest together, that is, on the favorable interest.

Compound interest calculation features are: the last of the principal and interest and not as the next principal, in the calculation of the principal amount of each is different. Compound interest formula is: $S = F (1 + i) ^ n$

The present value of compound interest is the case in the calculation of compound interest, to meet the future capital of a certain amount of capital to be invested now. Interest on the so-called compound interest, also known as Gary, is a deposit or return on investment after another with interest a new round of investment approach. As inflation and interest rates closely linked, as both sides of a coin, so the final value of compound interest formula can also be used to calculate a particular fixedly real value in different years. Simply replace the interest rate formula, the rate of inflation can be. The present value of compound interest is the case in the calculation of compound interest, to meet the future capital of a particular amount, the principal must now be put into.

### Morgan Stanley funds, equity funds lead

The present value of compound interest is the case in the calculation of compound interest, to meet the future capital of a certain amount of capital to be invested now. Interest on the so-called compound interest, also known as Gary, is a deposit or return on investment after another with interest a new round of investment approach. As inflation and interest rates closely linked, as both sides of a coin, so the final value of compound interest formula can also be used to calculate a particular fund's real value in different years. Simply replace the interest rate formula, the rate of inflation can be. The present value of compound interest is the case in the calculation of compound interest, to meet the future capital of a particular amount, the principal must now be put into.



 Safe Center

More

 Risk reminder

More

 Account Safe

More

 Asset Insurance

More

 Legal Notices

More

Attention: There is a high risk fund trading is not suitable for all investors. Please refer to the standard characteristics and risks of the fund. The strategy results in the assessment should be charges, commissions and interest charges into account. Various strategies, including the spread of the transaction costs can be significant, because they involve a variety of charges. You can obtain a copy of the relevant supporting documents. MS does not provide tax advice. Please consult a tax adviser about tax cuts will affect fund transactions may result.

© 2010 MS All rights reserved. Cutting-edge fund MS's Fund. This also provides products and services related to fund.

MS-聯繫我們

英文 | 日文 | 韓文

**MS AE FUNDS** 秉承業內百年用心，真誠對待信任託付

關於MS  最新消息  基金檔案  基金自選  助力中心  聯繫我們

返回首頁 << 聯繫我們

交易平臺
基金帳戶
註冊基金帳戶
填寫開戶信息
賬貨帳戶
註冊帳戶
基金交易
選擇基金
交易購買
查詢基金交易記錄
購買公告

帳戶登錄

交易帳戶：
帳戶密碼：
提交  忘記密碼？
基金詳情
基本資料
行業投資
資產配置
財務報表
基金經理人
策略報表
基金公告
基金招募書

 MS电子郵件地址
Morgan.Stanley_AE@hotmail.com

 MS电子郵件地址
US.Underwriter_AE@hotmail.com

 MS亞洲电子郵件地址
Morgan.Stanley_Asia@hotmail.com

 MS新能基金电子郵件地址
Morgan.Stanley.AE_Fund@hotmail.com

 MS新能基金常見問題电子郵件地址
Morgan.Stanley.AE_FAQ@hotmail.com

 MS新能基金绩金电子郵件地址
Morgan.Stanley.AE_Bonus@hotmail.com

 安全中心 瞭解更多

 帳戶保障 瞭解更多

 帳戶保險 瞭解更多

 法律聲明 瞭解更多

 風險提示語 瞭解更多

注意：基金交易存在違周的風險，並不適合所有的投資人。請參考簡單基金的特性和風險。在評估基金策略結果時，應將費用，佣金以及利息費用列入考慮。多方面策略，包括損失的交易成本可能很大，因其炒及多組手續費。您可以索取相關支持文件。MS不提供投資意見。請細閱投資細則有關減減可能將如何影響基金交易結果。© 2010 MS 版權所有。新能基金為MS旗下基金。本網站提供相關基金產品和服務。

HOME | Job | Contact Us

Search

English | China | Japanese | Korea

About Us | Planning Investment | Global Citizen | Our View | Global Offices | MS AE

To find their own investment | Investment Fund Flow | Investment Fund Fees



## Find your investment

In the investment world, financial management is based on the actual investment in current economic conditions of people, with a limited time one or more types of financial investment instruments, through one or more plans or solutions to achieve their desired economic goals. Money consists of two of the most important factors - goals and time. Therefore, you first need to do is to carefully evaluate their short, medium and long term funding needs and develop a clear, clear, specific investment objectives and goals to measure the investment process.

**Plan Investment**

Your investment
Investment Fund Flow
Investment Fund Fees

Service

Service Overview
Jobs

© 2010 MS. All rights reserved.

HOME | Job | Contact Us

Search

English | China | Japanese | Korea

About Us | Planning Investment | Global Citizen | Our View | Global Offices | MS AE

MS | Business Profile | Our customers | Global Distribution | Jobs



**Service Platform**

APSA
GAM
Financial Times
Atlanta Fed
Wall Street Journal

Home > About Us > Our customers

MS and the Greater China region to establish cooperation between a number of customers to help them achieve their financial goals. In a number of clients, the most well-known investment banking division of the course ought to customers, we provide for such restructuring, mergers and acquisitions and international capital markets financing advice. In recent years, a number of successful implementation of the privatization of state-owned enterprises, China's new generation of entrepreneurs to rise, many from mainland China and Taiwan companies to international markets, as well as active cross-border M & A activity. The following are recently, we have assisted the execution of transactions in most major customer name, you can click in order to further understand their relationship with MS:

**China Sinopec**

In October 2000, MS, China Petroleum & Chemical Corporation (Sinopec) 3.5 billion IPO price. Sinopec is China's largest petrochemical company. In the course of fifteen months, MS, in cooperation with Sinopec, the company has reorganized and re-establishment of the balance sheet, and get investment-grade credit ratings. Sinopec IPO issuance in China, ranked third the size of the stock at the same time in Hong Kong, London and New York Stock Exchange. In June 2001, the company Sinopec first time since the IPO as a financial advisor in a large transactions: the 1.1 billion U.S. dollars acquisition of Sinopec Star Petroleum. MS has been working with the company closely.

**Aluminum Corporation of China**

In December 2001, MS 487 million U.S. dollars in the IPO of Al acted as Joint Global Co-coordinator. The deal includes Alcoa strategic placement of 150 million U.S. dollars. MS has been working closely with the aluminum.

**AsiaInfo**

In 2000, MS in the AsiaInfo Technologies (China) Co., Ltd. (AsiaInfo) of the 138 million U.S. dollars in IPO as lead underwriters. MS has been working closely with the AsiaInfo.

**Plan Investment**

Your investment
Investment Fund Flow
Investment Fund Fees

Service

Service Overview
Jobs

© 2010 MS. All rights reserved.

HOME | Job | Contact Us

Search

English | China | Japanese | Korea

About Us | Planning Investment | Global Citizen | Our View | Global Offices | MS AE

MS | Business Profile | Our customers | Global Distribution | Jobs



**Service Platform**

APSA
GAM
Financial Times
Atlanta Fed
Wall Street Journal

Home > About Us Our customers

We are mainly engaged in the Asia Pacific investment banking business, including corporate finance, and to help customers through the issuance of equity and / or bonds to raise capital, mergers and acquisitions advisory and real estate financial services; sales and trading of stocks and bonds; securities research; direct investment department; Private Wealth management; and asset management.

**Plan Investment**

Your investment
Investment Fund Flow
Investment Fund Fees

Service

Service Overview
Jobs

© 2010 MS. All rights reserved.

About Us | Planning Investment | Global Citizen | Our View | Global Offices | MS AE

MS | Business Profile | Our customers | Global Distribution | Jobs

Home > Global Offices



**EXPLORE MORGAN STANLEY LOCATIONS**

Argentina
Australia
Brazil
Canada
China
France
Germany
Greece
Hong Kong
Hungary
India
Ireland
Israel
Italy
Japan

Plan Investment

Your Investment
Investment Fund Flow
Investment Fund Fees

Service

Service Overview
Jobs

Morgan Stanley's business is expanding around the world, as global markets become ever more tightly linked by technology, by the breaking down of regulatory barriers, and by the increasingly global needs of our clients.

© 2010 MS. All rights reserved.

About Us | Planning Investment | Global Citizen | Our View | Global Offices | MS AE

MS | Business Profile | Our customers | Global Distribution | Jobs

Home > About Us



MS is a global leader in international financial services company, the business scope covers investment banking, securities, investment management and wealth management. Companies in 37 countries worldwide with more than 1,200 offices and dedicated employees throughout the enterprise, government agencies, utility companies and individual investors.

Plan Investment

Your investment
Investment Fund Flow
Investment Fund Fees

Service

Service Overview
Jobs

## Global Economic Forum

### Concerning Conditional Commitments
Latest Views

Manoj Pradhan I London

The time-commitment tool has served its purpose in three ways. We believe that it is likely to retain an important role even once central banks start hiking rates. Given its success, we believe that central banks could employ similar strategies should they need to signal a pause in their hiking cycle or sell QE assets in a moderated manner.

## Journal of Applied Corporate Finance

### Market Efficiency and Risk Management

The efficient markets hypothesis has been identified by some as a major contributor to the financial crisis. This issue of the JACF argues that holding the EMH responsible for the crisis involves a serious misreading of the theory, which does not say that current market prices are always the "right" prices. Nor does EMH imply that past distributions of prices will repeat themselves in the future, as the risk models used by some financial institutions appear to have assumed. Consistent with this "stripped-down" view of the EMH, a number of articles, as well as a roundtable put on by the International Insurance Society, examine the role of risk management after the crisis.

## Perspectives

### Global Macro: Reviewing Our Research Process

Henry H. McVey

The ongoing uncertainty in the markets has prompted many investors to re-examine their investment processes. Morgen Stanley Investment Management's Head of Global Macro and Asset Allocation, Henry H. McVey, and his team are no exception. In his latest paper, Henry details how he has come to view his team's approach as "data-driven fundamentalist".

## Global Strategy Roundup

### Global Equity Strategy: Buy Energy, Sell Materials

We upgraded Energy to overweight and downgraded Materials to neutral. We had been tactically cautious on Energy given concerns that earnings risks were underappreciated. But we think sector-specific and macro factors are now more supportive for Energy than for Materials. Oil price fundamentals are improving and should continue to firm heading into 2H10. There is a large differential between spot, the forward curve, and the oil price embedded in earnings expectations.

© 2010 MS. All rights reserved.

HOME | Job | Contact Us

Search

English | China | Japanese | Korea

About Us | Planning Investment | Global Citizen | Our View | Global Offices | MS AE



No boundaries between us
all care about your choice

Offer Rewards For The
Trust

We Wanted To Win In The
Long-distance Running

## Service Platform

APSA
GAM
Financial Times
Atlanta Fed
Wall Street Journal

## The Week's News



### MS Announces Fourth Quarter Results

January 20, 2009 - MS (NYSE: MS) today announced that, as of
December 28, 2008 fiscal year, continuing operations profit of
1.245 billion U.S. dollars, while last year from continuing operations
a loss of 807 million U.S. dollars.

### News

MS Innovators Series at the Asia Society
MS Announces First Quarter Results
MS To Open Office in Poland

## Plan Investment

Your Investment
Investment Fund Flow
Investment Fund Fees

### Service

Service Overview
Jobs

© 2010 MS. All rights reserved.

HOME | Job | Contact Us

Search

English | China | Japanese | Korea

About Us | Planning Investment | Global Citizen | Our View | Global Offices | MS AE

MS | Business Profile | Our customers | Global Distribution | Jobs



**Service Platform**

APSA
GAM
Financial Times
Atlanta Fed
Wall Street Journal

Home > About Us > Jobs

Employee talent and enthusiasm are the key to the success of MS. Here, we share the same set of values, and that is integrity and excellence. MS to provide you with learning, development and growth of the space — for your career development to lay a solid foundation. The balance their personal lifestyles, different perspectives and individual needs of the concept is an important part of our corporate culture. For more information about MS's global employment opportunities, please visit our links from the global recruitment website (in English). Asia-Pacific university graduates all job applications are submitted through the site. In China, we have been actively co-operate with the prestigious scholarship program, and cooperation in four universities are Beijing University (PKU), Tsinghua University (TSU), Fudan University (FDU) and Shanghai Jiao Tong University (SJTU). Annually to the student at the university four outstanding students from a certain number of scholarships awarded. In the Asia-Pacific, we have pioneered the industry's first collaboration with renowned universities, aimed at nurturing a local prominent young business talent, "MS's business elite training program." Students by the University and MS selected through a rigorous process. Fortunate to participate in the program "Young-jun only" will receive a scholarship and have the opportunity to-the-job learning or summer internship the way to the company various departments to work so that it can be in the school coming into contact with during the actual working environment. Currently, the program is working with the district the following five well-known universities: The Hong Kong University of Science and Technology (HKUST), located in Taipei's National Taiwan University (NTU), National University of Singapore (NUS), Seoul National University and is located in Sydney, the Australian Graduate School of Management (AGSM). Based on these institutions and the general positive response from students, our next goal is to expand this program to Beijing and Shanghai.

**Plan Investment**

Your Investment
Investment Fund Flow
Investment Fund Fees

Service

Service Overview
Jobs

© 2010 MS. All rights reserved.

Japanese | China | Korean



**MS AE FUNDS**

Adhering to the heart of Morgan a century sincere treatment of trust in

- About
  Morgan
- About AE
- AE
  Archives
- AE Direct
  purchase
- Help
  Center
- Contact us

You are : Home

---


**Trading Platform**

**Fund account**

Registration Fund

Account

Injection of funds

accounts

**Open account**

Fill out account

information

**Fund transactions**

Select Fund

Trading Buy

Check fund

transactions

**Account Login**

---

**Morgan Stanley to join us in cutting-edge investment funds, regardless of whether you have investment experience, we are willing to help you**

### AE Fund Scheme

Compound interest calculation is the principal and accrued interest together, that is, on the favorable interest.

Compound interest calculation features are: the last of the principal and interest and not as the next principal, in the calculation of the principal amount of each is different. Compound interest formula is: $S = P (1 + i)^n$

The present value of compound interest is the case in the calculation of compound interest, to meet the future capital of a certain amount of capital to be invested now. Interest on the so-called compound interest, also known as Gary, is a deposit or return on investment after another with interest a new round of investment approach. As inflation and interest rates closely linked, as both sides of a coin, so the final value of compound interest formula can also be used to calculate a particular fund's real value in different years. Simply replace the interest rate formula, the rate of inflation can be. The present value of compound interest is the case in the calculation of compound interest, to meet the future capital of a particular amount, the principal must now be put into.

### Morgan Stanley funds, equity funds lead

The present value of compound interest is the case in the calculation of compound interest, to meet the future capital of a certain amount of capital to be invested now. Interest on the so-called compound interest, also known as Gary, is a deposit or return on investment after another with interest a new round of investment approach. As inflation and interest rates closely linked, as both sides of a coin, so the final value of compound interest formula can also be used to calculate a particular fund's real

---

 

Safe Center
More

Account Safe
More

Account Insurance
More

Legal Notices
More

Risk reminder
More

account : [                    ]

password : [                    ]

[login] Forgot Password ?

value in different years. Simply replace the interest rate formula, the rate of inflation can be. The present value of compound interest is the case in the calculation of compound interest, to meet the future capital of a particular amount, the principal must now be put into.



**Attention:** There is a high risk fund trading is not suitable for all investors. Please refer to the standard characteristics and risks of the fund. The strategy results in the assessment should be charges, commissions and interest charges into account. Various strategies, including the spread of the transaction costs can be significant, because they involve a variety of charges. You can obtain a copy of the relevant supporting documents. MS does not provide tax advice. Please consult a tax advisor about tax cuts will affect fund transactions may result.

© 2010 MS All rights reserved. Cutting-edge fund MS's Fund. This site provides products and services related to fund.



英文 | 日文 | 韓文

**秉承業內百年用心，真誠對待信任託付**

關於NGP　　輪逃概記　　規劃將來　　規劃有謂　　幇助中心　　關注細則　　聯繫我們

返回首頁 << 聯繫我們

交易平臺
基金帳戶
註用基金帳戶
填寫網戶信息
註資帳戶
註資帳戶
基金交易
選擇基金
交易確頁
查詢基金交易紀錄
新聞公告

帳戶登錄

交易帳戶：
帳戶密碼：
驗證碼：忘記密碼？
基金詳例
基本資料
行業投資
情景配置
財富理人
基金理人
架構搆成
基金公告
基金招募書

聯繫我們

NGP 电子邮件地址
Morgan.Stanley_AE@hotmail.com

NGP 电子邮件地址
US.Underwriter_AE@hotmail.com

NGP亞洲电子邮件地址
Morgan.Stanley_Asia@hotmail.com

NGP基金电子邮件地址
Morgan.Stanley.AE_Fund@hotmail.com

NGP基金常見問題电子邮件地址
Morgan.Stanley.AE_FAQ@hotmail.com

NGP基金糖金电子邮件地址
Morgan.Stanley.AE_Bonus@hotmail.com

 安全中心　瞭解更多　　 帳戶保險　瞭解更多　　 帳戶保險　瞭解更多　　 法律聲明　瞭解更多

風險提示函　瞭解更多

注意：基金交易有在固有的風險，並不會有固有的投資人。請參考閱讀基金器相結果明，瞭解登記，資金信及利安資用例入考慮。支方面面確。總體相关的交易成本可能很大，因此沒支更好了理性。您可以索取招購支資訊。NGP 不提供投融魚易。請諮詢有關前期或期相投閱你應取得相閱考慮基金交易結果。

©2010 NGP 版權所得。規趣基金為NGP旗下基金。本期結問提供相關滿意收益品和服務。

## Emergency Notice

### 緊急公告

**Dear MS Investor:**

Out of Greater China market and does not affect the overall business strategy and corporate considerations, we start the new financial institutions to undertake the MS distribution, marketing services, and has launched a new domain name and a new server. MS data in order to protect the safety of investors, we have decided on the new server vulnerability testing to maintain. Let us and all the MS investors regret December 24 by the future data security threats. For investors of all MS data security reasons, we made a very painful decision, the database restored to at 9:00 on December 24. Now we add the latest anti-vulnerability software, for the majority of investors to provide more safe and convenient service! The company's management decided to open the server first visit, and we will be the final stage of the server maintenance. The majority of investors in at 16:00 on December 27 to register after the transaction, the Fund subscription and other operations. Resulting inconvenience to the majority of investors, we apologize!

**NGP MS Fund**

**December 27, 2010**

尊敬的**MS**投資者：

出於對大中華區市場以及不影響在華業務和公司整體戰略的考慮，我們啟動>全新的金融機構來承