UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
MORGAN STANLEY,          :
                           Plaintiff,    :   No. 11 Civ. 2718 (TPG) (AJP)

   -against-          :

JOHN DOES 1-10 and XYZ CORPORATIONS 1-10,    :

                          Defendants.    :
------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/11

Upon the ex parte application of Plaintiff for expedited third party discovery and the accompanying Declaration of Eric J. Shimanoff, dated April 22, 2011, and the exhibits thereto, and Plaintiff's Memorandum of Law, it is hereby:

ORDERED that Plaintiff may serve immediate discovery through Rule 45 subpoenas on:

(a)    third parties Microsoft Corporation ("Microsoft"), Yahoo! Inc., ("Yahoo"), SoftLayer Technologies, Inc. ("SoftLayer"), FDC SERVERS.NET, LLC ("FDC"), Sharktech Internet Services ("Sharktech") and John Angel a/k/a John Raff ("Angel") (collectively, the "Original Subpoenaed Parties"), seeking information sufficient to identify the Defendants, including the name, address, telephone number, e-mail address, Internet Protocol ("IP") address and Media Access Control ("MAC") address for each Defendant; and

(b)    any third parties identified by information disclosed by the Original Subpoenaed Parties, seeking information sufficient to identify the Defendants, including the name, address, telephone number, e-mail address, IP address and MAC address for each Defendant; and

(c)    any third parties identified by information disclosed by any third parties subpoenaed subsequent to the Original Subpoenaed Parties, seeking information sufficient to

24430/043/1221119.1

identify the Defendants, including the name, address, telephone number, e-mail address, IP address and MAC address for each Defendant; and

IT IS FURTHER ORDERED THAT any subpoena issued pursuant to this order shall be deemed an appropriate court order pursuant to 47 U.S.C. § 551.

Dated: New York, New York
       April 27, 2011

_____
United States District Judge

24430/043/1221119.1