Eric J. Shimanoff (ejs@cll.com)
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY 10036
(212) 790-9200
Attorneys for Plaintiff Morgan Stanley

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

| | |
|---|---|
| MORGAN STANLEY, | No. 11 Civ. 2718 (JPO) (AJP) |
| Plaintiff, | |
| -against- | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| JOHN DOES 1-10 and XYZ CORPORATIONS 1-10, | |
| Defendants. | |

------------------------------------------------------------------ x

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Morgan Stanley dismisses this action without prejudice.

Dated: New York, New York
       January 10, 2012

Respectfully submitted,
COWAN LIEBOWITZ & LATMAN, P.C.

By:    s/ Eric J. Shimanoff
       Eric J. Shimanoff (ejs@cll.com)
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9200
Attorneys for Plaintiff Morgan Stanley

24430/043/1286095.1